# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REVEREND ROBERT CHRISTOPHEL, | Case No. 2:19-cv-01703-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| IATSE UNION, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 10), filed on April 6, 2020. Plaintiff indicates that due to COVID-19 and the closure of the libraries, he needs additional time to comply with the Court's screening order ECF No. 8. He indicates that he seeks an extension to file an amended complaint until July 15, 2020. The Court finds good cause to grant the extension request and reminds Plaintiff of the requirements of filing an amended pleading as stated in the Court's Order ECF No. 8.

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF No. 10) is granted. Plaintiff shall have until July 15, 2020 to file an Amended Complaint in accordance with the Court's Order ECF No. 8

**Failure to comply with this order will result in the recommended dismissal of this case.**

DATED: April 10, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE